IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UMG RECORDINGS, INC.**, a Delaware corporation, **SONY BMG MUSIC ENTERTAINMENT**, a Delaware general partnership, **CAPITOL RECORDS, LLC**, a Delaware limited liability company, **VIRGIN RECORDS AMERICA, INC.**, a California corporation, **INTERSCOPE RECORDS**, a California general partnership, and **WARNER BROS. RECORDS, INC.**, a Delaware corporation, | ) ) ) ) ) ) ) ) ) ) ) ) | **8:09CV74** |
| **Plaintiffs,** | ) ) | **ORDER** |
| v. | ) ) | |
| **SHAUN ADAMS,** | ) ) | |
| **Defendant.** | ) | |

    This case is before the magistrate judge for full pretrial supervision. The court file shows that the defendant was personally served with summons on March 16, 2009. Apparently, the defendant has failed to timely answer or otherwise respond to the complaint. It remains plaintiffs' duty to go forward in prosecuting the case.

    **IT THEREFORE IS ORDERED** that plaintiffs are given until **May 1, 2009** to (a) obtain an entry of default <u>and</u> (b) file a motion for default judgment pursuant to Fed. R. Civ. P. 55, or take other appropriate action to prosecute the case. If appropriate action is not taken, I will recommend that the case be dismissed without prejudice for failure to prosecute.

    **DATED April 16, 2009.**

                                                      **BY THE COURT:**

                                                    s/ F.A. Gossett
                                                    **United States Magistrate Judge**